(March 2, 1995)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARNOLD N. KRISS, on Behalf of ZIAD JABER, Petitioner, v WARDEN OF RIKERS ISLAND CORRECTIONAL FACILITY, Respondent. [624 NYS2d 863] —Writ of habeas corpus in the nature of an application to fix bail upon Queens County Indictment No. 904/95.

Upon the papers filed in support of the application and after hearing oral argument in support thereof and in opposition thereto, it is

Adjudged that the writ is sustained, without costs or disbursements, to the extent of fixing bail on Queens County Indictment No. 904/95 in the sum of $500,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Sullivan, J. P., Copertino, Pizzuto and Krausman, JJ., concur.

(March 6, 1995)

■ VINCENT L. BECKLES, Appellant, v COUNTY OF WESTCHESTER et al., Respondents. [624 NYS2d 866] —In an action to recover damages for personal injuries, the plaintiff appeals from a judgment of the Supreme Court, Westchester County (Wood, J.), entered March 5, 1993, which, upon granting the defendants' motion for judgment during trial at the close of the evidence, dismissed the action.

Ordered that the judgment is affirmed, with costs.

The plaintiff failed to offer evidence sufficient to warrant submission of the issue of negligence to the jury (see, Matter of Case, 214 NY 199, 204; Garcia v City of New York, 104 AD2d 438, affd 65 NY2d 805; Doyle v Carborundum Co., 9 AD2d 765; Bravo v Tiebout & Sons, 40 Misc 2d 558, affd 26 AD2d 617). Bracken, J. P., Sullivan, Miller and Goldstein, JJ., concur.